UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ANDREA ANN AYOTTE,

      Plaintiff,　　　　　　　　　　　　Case No. 2:14-CV-176

v.

      　　　　　　　　　　　　　　　　　HON. ROBERT HOLMES BELL

COMMISSIONER OF SOCIAL
SECURITY,

      Defendant.
_____/

## ORDER APPROVING AND ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On August 7, 2015, Magistrate Judge Timothy P. Greeley issued a Report and Recommendation ("R&R") recommending that the Court reverse the final decision of the Commissioner of Social Security, which denied Plaintiff Andrea Ann Ayotte's claim for disability benefits. (ECF No. 15.) The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so has expired. On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation. Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 15) is **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that the final decision of the Commissioner of Social Security denying Plaintiff's claim for disability benefits is **REVERSED** pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS FURTHER ORDERED** that this matter is **REMANDED** to the Social Security Administration for an award of benefits.


Dated:  <u>August 31, 2015</u>                        <u>/s/ Robert Holmes Bell                </u>
                                                                            ROBERT HOLMES BELL
                                                                            UNITED STATES DISTRICT JUDGE